IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CR-00009 (WLS-ALS) |
| | : | |
| JORDAN C. ALPHONSUS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

### ORDER

On March 6, 2025, the Court entered an Order (Doc. 119) for Mr. Saviello and Ms. Cummings to show cause why it should not issue sanctions for failure to appear at the pretrial conference held on March 5, 2025. Mr. Saviello and Ms. Cummings have responded. (*See* Docs. 121 & 123).

Mr. Saviello explains that he did not appear due to a misinterpretation of an Order the Court issued continuing the pretrial conference only as to Defendant Ylijira Jackson. He further explains that his client, Defendant Jordan Alphonsus, did not appear because Mr. Saviello had communicated this misinterpretation to his client. Mr. Saviello apologizes to the Court for his failure to appear. Ms. Cummings explains that she did not appear because she unintentionally missed the initial scheduling of the pretrial conference in part due to family circumstances. Ms. Cummings further explains that, as a result of this omission, she failed to direct her client, Defendant Sardaria Copelin, to appear. Ms. Cummings likewise apologizes for her failure to appear.

The Court acknowledges Counsel's Responses (Docs. 121 & 123). The apologies are accepted by the Court, and it finds that no sanction is necessary or appropriate. The Court reminds Counsel that they must diligently monitor the docket in any assigned case before the Court and carefully read any orders issued by the Court in relation to the case. Additionally, because the failure of Mr. Saviello's and Ms. Cummings's clients to appear at the conference was due to an omission by Counsel, the Court finds that there is not cause to issue a warrant or warrants for failure to appear as to their clients.

2

**SO ORDERED**, this 11th day of March 2025.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**