**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CR-00009 (WLS-ALS) |
| | : | |
| JORDAN C. ALPHONSUS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

On March 12, 2025, the Court held a second pretrial conference in this matter. Previously, the Court held a pretrial conference on March 15, 2025. The Government was present at that conference. However, of the five Defendants, only two were present at the first conference. That conference was memorialized in an Order (Doc. 119) entered on March 6, 2025. This Order memorializes the second conference held as to the remaining Defendants.

First, the Court notes that prior to the conference Defendant Sardaria Copelin's Counsel contacted the Courtroom Deputy to arrange a change of plea hearing for her client. The Court noticed a hearing as a result. Thus, Defendant Copelin and her Counsel were excused from attending the conference.

Second, Defendant Ylijira Jackson ("Defendant Y. Jackson") and her Counsel attended the conference. Defendant Y. Jackson informed the Court that she was willing to enter a plea, and had conferred with the Courtroom Deputy to schedule a change of plea hearing. Defendant Y. Jackson, therefore, does not anticipate going to trial at this time. Shortly after the conference, the Court noticed a change of plea hearing for Defendant Y. Jackson.

Third, Defendant Jordan Alphonsus ("Defendant Alphonsus") and his Counsel both attended the pretrial conference. Counsel announced that Defendant Alphonsus was ready for trial. Counsel concurred with the Government that the trial would take approximately two weeks.

As a result, the Government and the following Defendants have announced that they are ready for trial Defendant Alphonsus, Defendant Joey Jackson, and Defendant Lance Riddle. The Court will notice that trial by separate notice or order.

2

**SO ORDERED**, this 14th day of March 2025.

                                                        <u>/s/ W. Louis Sands</u>
                                                        **W. LOUIS SANDS, SR. JUDGE**
                                                        **UNITED STATES DISTRICT COURT**