# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 1:24-CR-00009 (WLS-ALS) |
| | : |
| JORDAN C. ALPHONSUS, *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## **ORDER**

On August 5, 2025, the Court held a pretrial conference. At it, the Government and Defendants Alphonsus, Jackson, and Riddle announced ready for trial. As discussed at the conference, the Parties are **ORDERED** to confer and then submit—jointly or separately—a proposed jury interrogatory to inquire into panel members' experiences with similar conduct to that alleged in the Indictment. They must do so no later than **Wednesday, August 13, 2025**.

**SO ORDERED**, this 6th day of August 2025.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**