**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v.  : | CASE NO.: 1:24-CR-00009 (WLS-ALS) |
| : | |
| JORDAN C. ALPHONSUS, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

**ORDER**

The Court previously granted the Government's Motion to Postpone and Consolidate (Doc. 172) the sentencings and restitution and forfeiture proceedings as to Defendants Ylijira Jackson and Sadaria Copelin, and any defendants who may be found guilty at trial. (Doc. 173). Defendants Joey Jackson and Lance Riddle were later found guilty at trial. (Doc. 202). In accordance with the Court's previous order (Doc. 173), it now sets a Restitution Hearing for **Wednesday, April 22, 2026, at 11AM**. Parties should be prepared to present legal arguments and evidence regarding the restitution owed by each Defendant based on loss amount to victims. Parties should present evidence and call witnesses as necessary to demonstrate the amount of restitution owed and inform the Court on any necessary factfinding.

The restitution hearing is consolidated for the purpose that there are joint and common issues that must be determined so as to avoid duplicative testimony and unnecessary burden to witnesses for purposes of determining evidence on factual disputes and other factfinding required of the Court. Each Defendant requires an individualized sentencing procedure and therefore the Court will have separate hearings, all on one date, regarding the determination of their ultimate sentencing. Because the restitution hearing will likely impact the pre-sentence investigation report and to give USPO the opportunity to make amendments and for Parties to be timely served and timely object, the final sentencing hearing will be set not earlier than **Friday, May 22, 2026**.

**SO ORDERED**, this 26th day of January 2026.

                                               /s/ W. Louis Sands
                                               **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**