**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CR-00009 (WLS-ALS) |
| | : | |
| JORDAN C. ALPHONSUS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Government's Motion to Expand Scope of Evidentiary Hearing (Doc. 210) ("Motion"). The Government requests the Court expand the scope of the **April 22, 2026**, restitution hearing to include the loss amounts and scope of relevant conduct/conspiratorial liability for purposes of the drafting of the guidelines as well as restitution. Defendants are hereby **ORDERED** to file a response to the Motion stating any objections, with support, no later than **Tuesday, February 10, 2026**.

**SO ORDERED**, this 3rd day of February 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**