IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 1:24-CR-9 (WLS) |
| JORDAN C. ALPHONSUS, | : | |
| Defendant. | : | |

## ORDER ON STIPULATION OF CONSENT JUDGMENT

The stipulation of the parties as to restitution having been read and considered, it is HEREBY ORDERED that judgment in favor of the United States in the principal sum of $10,400.00, to be paid as restitution, be entered against Defendant, JORDAN C. ALPHONSUS.

The restitution will be distributed to the victim of the offense, Dr. Tonina Campoli by the Clerk of this Court. The full amount of the judgment will be due immediately, and present and future assets of Defendant are subject to enforcement and may be included in the Treasury Offset Program allowing qualified federal benefits to be applied to the balance of the restitution owed.

SO ORDERED, this _11th_ day of _February_, 2026.

_W. Louis Sands_
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA