**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CR-00009 (WLS-ALS) |
| | : | |
| JORDAN C. ALPHONSUS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is Government's Motion to Expand Scope of Evidentiary Hearing (Doc. 210) ("Motion"). The Government requests the Court expand the scope of the **April 22, 2026**, restitution hearing to include the loss amounts and scope of relevant conduct/conspiratorial liability for purposes of the drafting of the guidelines as well as restitution. The Government states that such an expansion is necessary to avoid the unnecessary duplication of evidence at a subsequent hearing. (Doc. 210 at 2). All Defendants responded to the Motion and indicated they had no objections.

For good cause shown, the Government's Motion (Doc. 210) is **GRANTED**. The **April 22, 2026**, restitution hearing shall include the loss amounts and scope of relevant conduct/conspiratorial liability for purposes of the drafting of the guidelines as well as restitution. All Parties should be prepared to present any evidence and argument regarding restitution, the intended loss of the entire conspiracy, the actual loss of the entire conspiracy, the extent of the relevant conduct/conspiratorial liability as to each Defendant both as to the intended loss amounts and for restitution.

**SO ORDERED**, this 12th day of February 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1