IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CASE NO. 1:24-CR-9 (WLS) |
| JORDAN C. ALPHONSUS, | : | |
| Defendant. | : | |

## ORDER DIRECTING THE UNITED STATES MARSHALS SERVICE TO TRANSFER SEIZED FUNDS TO THE <u>MIDDLE DISTRICT OF GEORGIA, CLERK OF COURT</u>

This matter having come before the Court on the parties Joint Motion to Apply Seized Funds Towards Restitution Obligation of Defendant Jordan C. Alphonsus, in the above-entitled case, the Court finds good cause, and it is hereby GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the United States Marshals Service shall transfer the seized, but not forfeited, funds in the amount of eight thousand, nine hundred dollars ($8,900.00), from Defendant Jordan C. Alphonsus to the Middle District of Georgia, Clerk of Court, to be applied towards the restitution obligation as agreed to in the pretrial diversion agreement.

SO ORDERED, this _12th_, day of _Feb._, 2026.

_W. Louis Sands_
W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410